IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

SHAWN GIBSON,

    Petitioner,

v.                                    CIVIL ACTION NO. 1:18-00969

WARDEN, FCI MCDOWELL,

    Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is petitioner's motion for an extension of time to file objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation.  (ECF No. 13.)  Objections were due by September 17, 2020.  Petitioner's motion was filed on September 21, 2020, but it is postmarked September 16, 2020.  Petitioner does not specify how much time he needs to file objections.  In support of his motion, petitioner states that he is "pretty whiped [sic] out" from two bouts of COVID-19 in the past few months.  (Id.)  He also states that he has no paper and that he has been having trouble obtaining a copy of a toxicology report (upon which he presumably planned to rely in making his objections).

For good cause shown, petitioner's motion for an extension is **GRANTED**, and the deadline for petitioner to file all objections to the PF&R, (ECF No. 12), is **EXTENDED** to November 6, 2020.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 7th day of October, 2020.

ENTER:

David A. Faber
Senior United States District Judge